PROB 12C
(7/93)

**FILED**
August 28, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CAV_____
DEPUTY

# UNITED STATES DISTRICT COURT
for
WESTERN DISTRICT OF TEXAS

FILED
NOV 2 2 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

## Petition for Warrant or Summons for Offender Under Supervision

**Austin Case #1:23-MJ-588-ML**

Name of Offender: Sergio Mendoza-Ramirez                         Case Number: DR-18-CR02183-JCZ(1)
Name of Sentencing Judicial Officer: Honorable Jay C. Zainey, United States District Judge
Date of Original Sentence: February 5, 2019
Original Offense: Illegal Re-Entry Into the United States, 8 U.S.C. § 1326
Original Sentence: Time Served (136 days imprisonment) followed by a 1 year term of supervised release
Type of Supervision: Supervised Release         Date Supervision Commenced: February 5, 2019
Assistant U.S. Attorney: Jody-Ann Gilzene      Defense Attorney: Jaime J. Zampierollo-Vila (AFPD)

### PREVIOUS COURT ACTION
None.

A true copy of the original, I certify.
Clerk, U.S. District Court
By _____
Deputy Clerk

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition No. 1.** The defendant shall not commit another federal, state, or local crime during the term of supervision. |
| 2. | **Standard Condition No. 17.** If the defendant is excluded, deported, or removed upon release on probation or supervised release, the term of supervision shall be a non-reporting term of probation or supervised release. The defendant shall not illegally reenter the United States. If the defendant is released from confinement or not deported, or lawfully re-enters the United States during the term of probation or supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office, or as ordered by the Court. |

On or about October 19, 2019, Sergio Mendoza-Ramirez, an illegal alien and citizen of Mexico, was found in the United States having been previously denied admission, excluded, deported or removed from the United States on or about February 7, 2019, and the offender did not receive the consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, the successor for this function pursuant to 6 U.S.C.



§§ 202(4), & 557, to reapply for admission, being voluntarily in the United States in violation of 8 U.S.C. § 1326(a) & (b).

Following his conviction in DR-18-CR02183-JCZ(1), Mendoza-Ramirez was released to immigration authorities and deported from the United States on February 7, 2019. On October 19, 2019, United States Border Patrol agents apprehended Mendoza-Ramirez in the Galvan Ranch near Laredo, Texas. There is no record that Mendoza-Ramirez applied for or received permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States after deportation. Contact with the United States Probation Office, Laredo Division, reveal no prosecution was accepted for Mendoza-Ramirez and he was subsequently removed from the United States on October 20, 2019, through Laredo, Texas.

U.S. Probation Officer Recommendation:

The term of supervision should be

- ☒ revoked.  (Maximum penalty: __1__ year imprisonment; __1__ year supervised release; and payment of any unsatisfied monetary sanction previously imposed)

- ☐ extended for _____ years for a total term of _____ years

- ☐ The conditions of supervision should be modified as follows:

Approved:

_____
Ramiro F. Cruz
Supervising U.S. Probation Officer

Respectfully Submitted,

_____
Alexandra Valdez
Senior U.S. Probation Officer,
Date:  November 5, 2019
Telephone #: 830-703-2093, ext. 6350

Approved:

_____ for
Jody-Ann Gilzene
Assistant U.S. Attorney

cc:  Javier Ceniceros
     Assistant Deputy Chief U.S. Probation Officer

THE COURT ORDERS:

☐  No action.
☑  The issuance of a WARRANT.   Bond is set in the amount of $ __Return__ cash/surety with supervision by the United States Probation Office to continue as a condition of release.
☐  The issuance of a SUMMONS.
☐  Other _____

_____
Honorable Jay C. Zainey
United States District Judge

11/20/19
_____
Date

AO 442   (Rev. 10/03) Warrant for Arrest   (Rev. 9/05 WDTX)

10180973

# UNITED STATES DISTRICT COURT

Western District of Texas

UNITED STATES OF AMERICA

V.

SERGIO MENDOZA-RAMIREZ

**WARRANT FOR ARREST**

Case Number: DR-18-CR-2183 (01)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   SERGIO MENDOZA-RAMIREZ
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with (brief description of offense)
VIOLATION OF SUPERVISED RELEASE
(SEE ATTACHED COPY)

A true copy of the original, I certify.
Clerk, U.S. District Court
By _____
　　Deputy Clerk

in violation of Title(s) _____ United States Code, Section(s)   Please see attached Indictment

C. Rodriguez
Name of Issuing Officer

U.S. Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

11/22/2019   Del Rio, TX
Date and Location

DATE ISSUED:   11/22/2019

Bail fixed at $   DETAIN   by   U.S. District Judge Jay C. Zainey
　　　　　　　　　　　　　　　　　　　　　　　　　Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

